151 A.3d 94

ALUMNI ASSOCIATION OF NEW JERSEY INSTITUTE OF TECH-
NOLOGY, PLAINTIFF-PETITIONER, v. NEW JERSEY INSTI-
TUTE OF TECHNOLOGY, DEFENDANT-RESPONDENT.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005283-13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

151 A.3d 94

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. TAHJ J. PINES, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004721-12
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.